USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2201 RICHARD BINGAMAN, Plaintiff, Appellant, v. MAINE DEPARTMENT OF HUMAN SERVICES, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] Before Boudin, Circuit Judge, Campbell, Senior Circuit Judge, and Stahl, Circuit Judge.      Richard Bingaman on brief pro se. Andrew Ketterer, Attorney General, Andrew S. Hagler, AssistantAttorney General, and Paul Stern, Deputy Attorney General, on brieffor appellee.September 10, 1999   Per Curiam. Plaintiff-appellant Richard Bingaman appeals pro se from an order denying preliminary injunctive relief. While this appeal was pending, the underlying case was dismissed. Bingaman has not appealed from the dismissal.  Under the circumstances, the instant appeal is moot, and we dismiss the appeal for lack of jurisdiction. See Caribbean Tubular Corp. v. Fernandez Torrecillas (In re Caribbean Tubular Corp.), 813 F.2d 533, 534 (1st Cir. 1987) (per curiam). Dismissed.